# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERALD REVIELLO and GERALD RIVIELLO,
    Plaintiffs,

v.

THOMAS GEORGE ASSOCIATES,
    Defendant

: 3:12-CV-01992
:
: (JUDGE NEALON)

## ORDER

**AND NOW**, this 5th day of December, 2012, in accordance with the MEMORANDUM of the same date, **IT IS HEREBY ORDERED THAT:**

1. Thomas George Associates' motion to dismiss (Doc. 3) is **GRANTED in part and DENIED in part**;

2. Plaintiffs' claims under the Fair Debt Collection Practices Act are **DISMISSED with prejudice**;

3. The Clerk of Court shall **REMAND** this matter to the Court of Common Pleas of Lackwanna County, Pennsylvania; and

4. The Clerk of Court shall **CLOSE** this action.

_____
**United States District Judge**